IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO.: 03:18-CR-00022-49 |
| CARLOS ALBERTO GUAJARDO, et. al. | § § § | |

**NOTICE OF APPEARANCE OF COUNSEL**

On this day appeared attorney Julia Bella and entered her appearance as associate counsel for defendant Darrell Breedlove. Mr. Breedlove is represented by appointed counsel, Patrick F. McCann.

Ms. Bella understands that it is her duty to continue to represent Mr. Breedlove in connection with all matters related to this cause and in connection with all proceedings in this Court; to assist Mr. Breedlove with any appeal which he desires to perfect, and to represent Mr. Breedlove on appeal until a final judgment has been entered, unless and until she is relieved by Order of the Court.

Dated: 07/08/2022

By: _____/s/ Julia Bella_____
Julia Bella
State Bar No. 24035099
503 FM 359, Ste. 130
Richmond, TX 77406
Tel: (832) 757-9799
Email: julia@jbellalaw.com

CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that a true and correct copy of the foregoing Notice of Appearance has been served on the Office of the United States Attorney by electronic service through PACER on the date of filing.

By:_____/s/ Julia Bella_____
Attorney for Defendant